RECEIVED
IN LAKE CHARLES, LA

SEP 16 2014

TONY R. MOORE, CLERK
BY_____PH_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GEROSKI HARMON, | * | CIVIL ACTION NO. 2:12-CV-01286 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| UNITED STATES COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE KAY |
| Defendant | * | |

*******************************************************************

## JUDGMENT

Before the court are two matters that shall be ruled on collectively due to the interconnectivity of the issues therein. The matters before the court are as follows: plaintiff's Motion to Submit Pertinent Authority [Doc. 15], and the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein.

**IT IS ORDERED** that plaintiff's Motion to Submit Pertinent Authority be and hereby is **GRANTED.**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. 13] previously filed herein, and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein [Doc. 14] as well as the additional authority submitted by the plaintiff [Doc. 15-1], and having determined that the findings are correct under applicable law,

**IT IS FURTHER ORDERED** that the decision of the Administrative Law Judge be and hereby is **AFFIRMED**, and the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 14 day of Sept., 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE